USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/3/26

G O D D A R D L A W P L L C

29 Broadway, 27th Floor | New York, NY 10006

Office. 646.964-1178

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

October 30, 2026

**VIA ECF**
The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312

**Re: Timothy McNutt v. Cornell University et al.**
**Case No.: 1:26-CV-09434**

Dear Honorable Judge Marrero,

The undersigned are counsel to Plaintiff Timothy McNutt ("Plaintiff"). I write jointly with assent from counsel for Defendants, Defendants Cornell University, Esta Bigler, and Ariel Avgar ("Defendants") to respectfully propose a schedule for the Parties' anticipated pleadings.

Plaintiff commenced this action by filing a Summons with Notice in the New York State Supreme Court, New York County on June 18, 2026. Counsel for Defendants removed this case to this Court on October 28, 2026. Plaintiff did not file a Complaint before the matter was removed to this Court.

Accordingly, the Parties respectfully propose the following schedule for filing the anticipated pleadings:

| | |
|---|---|
| Plaintiff's deadline to file a complaint | December 14, 2026 |
| Defendant's deadline to Answer or otherwise respond to Plaintiff's complaint | February 12, 2027 |
| Initial Conference | To be set by the Court at your Honor's convenience |

We thank the Court for its time and attention to this matter and its consideration of this request.

Respectfully submitted,

**GODDARD LAW PLLC**

**By:** /s/ Megan S. Goddard
Megan S. Goddard, Esq.
Ashley McCormack, Esq.
29 Broadway, 27th Floor
New York, New York 10006
Telephone: (646) 504-8363
Megan@goddardlawnyc.com
Ashley@goddardlawnyc.com
***Attorneys for Plaintiff***

**JACKSON LEWIS P.C.**

**By:** /s/ Patrick J. Hines
Patrick J. Hines
Joshua Agins
Claire Wells
Hodson Russ LLP
Buffalo, New York 14202
Telephone: (716) 848-1679
phines@hodgsonruss.com
jagins@hodgsonruss.com
cwells@hodgsonruss.com

***Attorneys for Defendants***

By: Megan S. Goddard, Esq.
cc: All counsel [*Via ECF*]

Request **GRANTED.**

The parties are hereby directed to abide by the above-referenced proposed briefing schedule.

**SO ORDERED.**

11/3/26
DATE

VICTOR MARRERO, U.S.D.J.